## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Guzman, Jesus | Case Number:  08 B 10719 |
| Guzman, Mirna | Judge:  Wedoff, Eugene R |
| Printed: 10/7/08 | Filed:  4/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  August 21, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 700.00 | |
| Secured: | | 327.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 327.25 |
| Trustee Fee: | | 45.50 |
| Other Funds: | | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semral & Associates | Administrative | 3,521.50 | 327.25 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 23,958.00 | 181.81 |
| 5. | Ford Motor Credit Corporation | Secured | 13,500.00 | 145.44 |
| 6. | Carrington Mortgage Services, LLC | Secured | 9,219.87 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 7,600.80 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 4,757.43 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 33.75 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,505.19 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 2,184.60 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 403.65 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 471.62 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 531.53 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,115.40 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 5,460.33 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 572.30 | 0.00 |
| 18. | Ford Motor Credit Corporation | Unsecured | 4.96 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 1,264.50 | 0.00 |
| 20. | Midwest Physician Group | Unsecured | 142.84 | 0.00 |
| 21. | St. James Hospital & Health Centers | Unsecured | | No Claim Filed |
| 22. | Collection Company Of America | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | GEMB | Unsecured | | No Claim Filed |
| 25. | Collection Company Of America | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Guzman, Jesus | | Case Number:  08 B 10719 |
|---|---|---|---|
| | Guzman, Mirna | | Judge:  Wedoff, Eugene R |
| | Printed:  10/7/08 | | Filed:  4/29/08 |

| | | | |
|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | No Claim Filed |
| 27. | H & F Law Offices | Unsecured | No Claim Filed |
| 28. | Medical Collections | Unsecured | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | No Claim Filed |
| 30. | Mutual Hospital Services | Unsecured | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | No Claim Filed |
| 32. | Professional Account Management | Unsecured | No Claim Filed |
| 33. | Check N Go | Unsecured | No Claim Filed |

$ 77,248.27          $ 654.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 45.50 |
| | _____ |
| | $ 45.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: